**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter __**7**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Robotire, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-2429359 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **41100 Plymouth Rd, Suite 370** **Plymouth, MI 48170** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Wayne** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.robotire.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Robotire, Inc.**

Name

Case number (if known)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5417

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | | When | | Case number | | |

Debtor    **Robotire, Inc.**                                          Case number (*if known*)
_____        _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
□ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

□ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

□ No
■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

□ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

■ It needs to be physically secured or protected from the weather.

□ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

□ Other _____

**Where is the property?**    **13100 Haggerty Rd. Suite 170**
**Plymouth, MI, 48170-0000**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

□ No
■ Yes.    Insurance agency    **Sequoia Benefits & Insurance Services, LLC**
Contact name    **Marybeth Downs**
Phone    **(650) 245-7026**

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

□ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| □ 1-49 | □ 1,000-5,000 | □ 25,001-50,000 |
| ■ 50-99 | □ 5001-10,000 | □ 50,001-100,000 |
| □ 100-199 | □ 10,001-25,000 | □ More than100,000 |
| □ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| □ $0 - $50,000 | □ $1,000,001 - $10 million | □ $500,000,001 - $1 billion |
| □ $50,001 - $100,000 | ■ $10,000,001 - $50  million | □ $1,000,000,001 - $10 billion |
| □ $100,001 - $500,000 | □ $50,000,001 - $100 million | □ $10,000,000,001 - $50 billion |
| □ $500,001 - $1 million | □ $100,000,001 - $500 million | □ More than $50 billion |

---

Debtor  **Robotire, Inc.**                                                                    Case number (*if known*) _____
　　　　　Name

**16.  Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Robotire, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January 19, 2024**
                MM / DD / YYYY

**X** **/s/ Victor Darolfi**                                    **Victor Darolfi**
Signature of authorized representative of debtor              Printed name

Title     **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Alessandra Glorioso**                    Date **January 19, 2024**
Signature of attorney for debtor                         MM / DD / YYYY

**Alessandra Glorioso**
Printed name

**Dorsey & Whitney (Delaware) LLP**
Firm name

**300 Delaware Avenue**
**Suite 1010**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 425-7171**    Email address    **glorioso.alessandra@dorsey.com**

**005757 DE**
Bar number and State

# CERTIFICATE OF SECRETARY
## OF
## ROBOTIRE, INC.

I, Victor Darolfi, Secretary of Robotire, Inc., a Delaware corporation, (the "Company"), do hereby certify that the following is a true and correct copy of a resolution duly adopted at a meeting of the Board of Directors of the Company duly held and convened on December 20, 2023, at which meeting a duly constituted quorum of the Board of Directors was present and acting throughout, and that such resolution has not been modified, rescinded, or revoked, and is at present in full force and effect:

**WHEREAS,** the Board has considered presentations by the management and the legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business;

**WHEREAS**, the Company is in serious financial condition and is unable to continue without debt relief;

**WHEREAS,** the Board has had the opportunity to consult with the management and the financial and legal advisors of the Company to fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, it appears to the Board of Directors that it is in the best interest of the Company, its shareholders, and its creditors for the Company to commence a case under Chapter 7 of Title 11, United States Code (the "Bankruptcy Code");

**NOW**, **THEREFORE**, be it hereby resolved that this Board of Directors finds and determines that it is in the best interest of the Company, its shareholders, and its creditors for the Company to commence a case under Chapter 7 of the Bankruptcy Code;

**BE IT FURTHER RESOLVED** that the officers and agents of the Company be, and each of them hereby is, empowered and directed without further action by this Board of Directors to prepare, sign and file, or cause to be prepared, signed and filed and prosecuted, a petition for relief under Chapter 7 of the Bankruptcy Code;

**BE IT FURTHER RESOLVED** that Victor Darolfi, Chief Executive Officer, is designated and authorized to act as the "Responsible Person" for the Company in connection with the Company's petition for relief and appearance at any meeting required by Section 341 of the Bankruptcy Code;

**BE IT FURTHER RESOLVED** that the retention of the law firm of Dorsey & Whitney, LLP ("Dorsey") as bankruptcy counsel to the Company to represent and assist the Company in connection with its consideration of various insolvency-related obligations and bankruptcy alternatives, and to commence and

prosecute the aforementioned Chapter 7 case, and to do all things, and to prepare, sign and file all papers and documents necessary and proper to the prosecution of said chapter 7 case, is hereby approved; and Dorsey is authorized to take such actions in the bankruptcy case which Dorsey, in its discretion, concludes are necessary to Dorsey's or the Company's fulfillment of their fiduciary obligations in the bankruptcy case; and the Company's officers and agents are hereby authorized and directed to execute and ratify appropriate retention agreements, and pay appropriate retainers and fees;

**BE IT FURTHER RESOLVED** that the Company's officers and agents be, and hereby are, authorized and empowered to employ on behalf of the Company any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Company's officers and agents are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and cause to be filed an appropriate application, if required, for authority to retain the services of any other professionals as necessary;

**BE IT FURTHER RESOLVED** that the Company's officers and agents be, and hereby are, authorized and directed, in the name and on behalf of the Company, to take such actions and to make, sign, execute, acknowledge, and deliver all petitions, schedules, motions, lists, applications, pleadings, and any and all such additional documents, agreements, affidavits, applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as such officer, director, or agent or the Company's legal counsel may deem necessary, proper, or desirable in connection with the case under Chapter 7 of the Bankruptcy Code, with a view to the successful prosecution of such case, and as may be reasonably required to give effect to the foregoing resolutions, to execute and deliver such instruments, and to fully perform the terms and provisions thereof; and

**BE IT FURTHER RESOLVED** that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by an officer, director, or agent on behalf of the Company, such actions are hereby ratified and confirmed in their entirety.

**IN WITNESS WHEREOF**, the undersigned has affixes his signature this 19th day of January, 2024.

DocuSigned by:

*Victor Darolfi*

13C35DB41E004FD...

Victor Darolfi
Secretary

2

**Fill in this information to identify the case:**

Debtor name   **Robotire, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 19, 2024**          X **/s/ Victor Darolfi**
                                              Signature of individual signing on behalf of debtor

                                              **Victor Darolfi**
                                              Printed name

                                              **Chief Executive Officer**
                                              Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re  **Robotire, Inc.** _____     Case No. _____

_____     Chapter  **7**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **30,000.00** |
| Prior to the filing of this statement I have received | $ | **30,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify):    **The Reinalt-Thomas Corporation pursuant to a loan agreement with the Debtor**

3.  The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 19, 2024** _____     **/s/ Alessandra Glorioso**
*Date*                                         **Alessandra Glorioso**
                                               *Signature of Attorney*
                                               **Dorsey & Whitney (Delaware) LLP**
                                               **300 Delaware Avenue**
                                               **Suite 1010**
                                               **Wilmington, DE 19801**
                                               **(302) 425-7171**
                                               **glorioso.alessandra@dorsey.com**
                                               *Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name **Robotire, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ 12,298,055.44

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $ 12,298,055.44

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $ 4,486,730.77

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 2,060.14

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ 8,186,344.52

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b                                                                                  $ 12,675,135.43

**Fill in this information to identify the case:**

Debtor name **Robotire, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Silicon Valley Bank** | **Checking** | **4621** | $0.00 |
| 3.2. | **Brex Treasury** | **Checking** | **2535** | $585.24 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $585.24

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Plymouth 848 - Real Property Security Deposit** | $297,430.00 |

Debtor    **Robotire, Inc.**
Name

Case number *(If known)* _____

| 7.2. | **Farnam Equipment Security Deposit** | $351,672.63 |
|------|--------------------------------------|-------------|

| 7.3. | **Refund of deposit due from ATEL Ventures Inc.** | $50,000.00 |
|------|---------------------------------------------------|------------|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**    | $699,102.63 |
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---------|------------------------|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---------|-----------------|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---------|---------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Raw aluminum | **12/31/2023** | Unknown | Liquidation | $4,000.00 |
| 20. | **Work in progress** **Robotire systems under construction.** | **12/31/2023** | Unknown | Liquidation | $750,000.00 |
| 21. | **Finished goods, including goods held for resale** **2 complete RoboTire systems** | **12/31/2023** | Unknown | Replacement | $800,000.00 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**    | $1,554,000.00 |
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**

Debtor    **Robotire, Inc.**                                      Case number *(If known)* _____
               Name

☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☑ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Desks and misc. office furniture | $120,000.00 | Liquidation | $80,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>20 Computers & 30 Monitors | Unknown | Liquidation | $30,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                              | $110,000.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☑ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

Debtor  **Robotire, Inc.**                                         Case number *(If known)* _____
        Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2012 Nissan Rogue; VIN ending in 402886** | **Unknown** | Liquidation | $3,000.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Equipment. See Exhibit A/B-50.** | $638,900.00 | Liquidation | $383,340.00 |
| **Equipment subject to Farnam lien. See Exhibit<br>A/B-50.** | $1,998,000.00 | Replacement | $1,198,800.00 |
| **Misc. tools** | **Unknown** | | **Unknown** |

**51.** **Total of Part 8.**                                                              | $1,585,140.00 |

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **41100 Plymouth<br>Road, Suite B1-370<br>Plymouth, MI 48170** | Leasehold | $0.00 | N/A | $0.00 |

| Debtor | **Robotire, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.2. | **13100 Haggerty Rd. Suite B3-100 Plymouth, MI 48170** | Leasehold | $0.00 | N/A | $0.00 |
| 55.3. | **13100 Haggerty Rd. Suite B2-120 Plymouth, MI 48170** | Leasehold | $0.00 | N/A | $0.00 |
| 55.4. | **13100 Haggerty Rd. Suite B2-170 Plymouth, MI 48170** | Leasehold | $0.00 | N/A | $0.00 |
| 55.5. | **13100 Haggerty Rd. Suite Truckwell Plymouth, MI 48170** | Leasehold | $0.00 | N/A | $0.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Patents. See attached Exhibit A/B-60a.** | $0.00 | Liquidation | $8,000,000.00 |
| **Trademark for "Robotire." See attached Exhibit A/B-60b.** | Unknown | Liquidation | Unknown |
| 61. **Internet domain names and websites** **See attached Exhibit A/B-61.** | $0.00 | Recent cost | $1,000.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

Debtor    **Robotire, Inc.**                                Case number *(If known)* _____
Name

66.    **Total of Part 10.**                                                    | $8,001,000.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**United States Air Force (Luke Air Force Base)--Open Contract for Robotire System**                          $348,227.57

78.    **Total of Part 11.**                                                    | $348,227.57 |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Robotire, Inc.**                                             Case number *(If known)* _____
         _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $585.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $699,102.63 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,554,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $110,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,585,140.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $8,001,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $348,227.57 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,298,055.44 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,298,055.44 |

In Re Robotire, Inc.
Exhibit A/B-50

| ITEM | Qty | Year | Make | Model | GAT | Serial/VIN # | Description | LTV | Total | Location | Lein Holder |
|------|-----|------|------|-------|-----|--------------|-------------|-----|-------|----------|-------------|
| 1 | 6 | 2021 | KAWASAKI | BX200L C | ROBOT | BX200014088, BX200014023, BX200014085, BX200011037, BX200014086, BX200013765 | 6-AXIS, 200-KG PAYLOAD CAPACITY, KAWASAKI MODEL E02G-A001 CUBIC-S ROBOTIC CONTROL PANEL, BX200014088, (2021), WITH BASE PLATE | $60,000 | $360,000 | Bay 1 | Farnam |
| 2 | 5 | 2021 | HUNTER ENGINEERING CO. | RFE "ROAD FORCE ELITE" | DIAGNOSTIC WHEEL BALANCER | CFC5802, CFC5803, DFC460, HFC1115, HFC2154 | HAMMERHEAD LASER, DIAGNOSTIC LOAD ROLLER, AUTOMATIC CENTERING CHECK, TOUCHSCREEN INTERFACE | $8,500 | $42,500 | Bay 1 | Farnam |
| 3 | 5 | 2021 | HUNTER ENGINEERING CO. | TCRH "REVOLUTION" | TIRE CHANGER | CFC5768, CFC5509, CFC5579, HFC1625, HFC1624 | FULLY-AUTOMATIC, WITH WALK-AWAY BEAD BREAKING/DEMOUNTING, TPMS PROTECTION, WHEEL LIFT AND FAST INFLATION | $17,500 | $87,500 | Bay 1 | Farnam |
| 4 | 9 | 2022 | MITSUBISHI | RV7FR-D | ROBOTS | BC0030007R, BC1020051R, BC1020025R, BC1020041R, BC1020036R, BC1050054R, BC1060020R, BC1060013R, BC9090008R | 6-AXIS, 7-KG PAYLOAD CAPACITY, MITSUBISHI ROBOTIC CONTROL PANEL (***BRAND NEW - STILL IN CRATE - NOT INSPECTED***) | $20,000 | $180,000 | Bay 1 | Farnam |
| 5 | 1 | 2022 | ROTARY | RLP77N0000M | VEHICLE LIFT | KYH22E0047 | 7,700-LB. CAPACITY, ABOVE GROUND, SCISSOR TYPE, LOW PROFILE DESIGN, WITH INTEGRATED FOLDING RAMPS, DOUBLE SECTION, WITH CONTROLLER | $7,000 | $7,000 | Bay 1 | Farnam |
| 6 | 1 | 2018 | ROTARY | RLP77N0000BBL | VEHICLE LIFT | KYL18K0002 | 7,700-LB. CAPACITY, ABOVE GROUND, SCISSOR TYPE, LOW PROFILE DESIGN, WITH INTEGRATED FOLDING RAMPS, DOUBLE SECTION, WITH CONTROLLER | $6,000 | $6,000 | Bay 1 | Farnam |
| 20 | 1 | 2021 | DOOSAN | DBM 2540 | HEAVY-DUTY CNC BRIDGE MILL | MD0036-000029 | 8,000-RPM MAX. SPINDLE SPEED, CT50 BIG PLUS SPINDLE, MANUAL PULSE GENERATOR, 300MM RAISED COLUMN, 1,100MM EXTENDED Z-AXIS, DIRECT COUPLED BALLSCREWS, LINEAR ROLLER GUIDES, LINEAR SCALES, CHILLED SPINDLE, AIR-THRU SPINDLE, WITH FANUC SERIES 31I MODEL B CNC CONTROL, 60-TOOL ATC, HYD COOL CHILLER, RENISHAW RMP600 PART PROBE, L350 6,000-RPM RIGHT ANGLE HEAD, SUNG WOO TECH MODEL 900115-02305A CHIP CONVEYOR, S/N 02109073 | $600,000 | $600,000 | Bay 3 | Farnam |

In Re Robotire, Inc.
Exhibit A/B-50

| ITEM | Qty | Year | Make | Model | GAT | Serial/VIN # | Description | LTV | Total | Location | Lein Holder |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 1 | 2022 | DN SOLUTIONS | LYNX 2100LSYB | CNC TURNING CENTER | ML0406-000950 | 6.89" D CHUCK, 2"D BAR CAPACITY, 23.6" SWING, 11.8" TURNING DIAMETER, 6,000-RPM, 20" DISTANCE BETWEEN CENTERS, 12-STATION TURRET, 8.1" X-AXIS TRAVEL, 4.1"+/- 2.1" Y-AXIS TRAVEL, 22" Z-AXIS TRAVEL, 22" B-AXIS TRAVEL, 20-HP, A2-6 SPINDLE, 2.68"D SPINDLE BORE, 12-POSITION TURRET, FULL C-AXIS ON MAIN & SUB, Y-AXIS MILLING & RAPID TAPPING ON MAIN & SUB, FLAT NOSE SUB SPINDLE WITH 7.5-HP 6,000-RPM, 8"D 3-JAW CHUCK ON MAIN, 5"D 3-JAW CHUCK ON SUB, SUB SPINDLE PART EJECT, WITH DN SOLUTIONS - FANUC I SERIES CNC CONTROL, MIST-FIT MODEL MF-550 MIST COLLECTOR, LNS TURBO HB MODEL 57519015 CHIP CONVEYOR, S/N 13575108674 | $135,000 | $135,000 | Bay 3 | Farnam |
| 24 | 1 | 2021 | DN SOLUTIONS | LYNX SVM4100 | CNC VERTICAL MACHINING CENTER | MV0157-000036 | 36.2" X 16.1" TABLE, 30.3" X-AXIS TRAVEL, 16.1" Y-AXIS TRAVEL, 20.1" Z-AXIS TRAVEL, 12,000-RPM MAX. SPINDLE SPEED, CT40 BIG PLUS SPINDLE, AIR-THRU SPINDLE, RENISHAW OMP60 SPINDLE PROBE, 1,323-LB. TABLE CAPACITY, WITH DOOSAN - FANUC I SERIES CNC CONTROL, 30-TOOL ATC, LNS TURBO HB MODEL 57519744 CHIP CONVEYOR, S/N 13575105780 | $80,000 | $80,000 | Bay 3 | Farnam |
| 25 | 1 | 2020 | DOOSAN | NHP 5000 | CNC HORIZONTAL MACHINING CENTER | MH0029-000368 | 15,000-RPM MAX. SPINDLE SPEED, FULL B-AXIS, 50/25-HP BIG PLUS SPINDLE, CHILLED BALLSCREWS, 28.7" X 34.6" TRAVELS, 1,100-LB. TABLE LOAD CAPACITY, WITH FANUC SERIES 31i MODEL B CNC CONTROL, 275-TOOL ATC, MP SYSTEMS VR SERIES TYPE AT VR8 VARIABLE VOLUME HIGH PRESSURE COOLANT SYSTEM, S/N P163359C, (2022), RENISHAW RPM60 SPINDLE PROBE, HYD COOL CHILLER, MIST-FIT MF-550 MIST COLLECTOR, LNS TURBO MH250 MODEL 57019041 CHIP CONVEYOR, S/N 13570101607, DOOSAN MODEL UPS 5000 12-POSITION LINEAR PALLET CHANGER | $450,000 | $450,000 | Bay 3 | Farnam |
| 36 | 1 | 2021 | CMCO | N/A | BRIDGE CRANE | N/A | 5-TON CAPACITY X 30' SPAN, SINGLE GIRDER, TOP RIDING, YALE 5-TON CAPACITY HOIST, PENDANT CONTROL, 8-POST NUT & BOLT CONSTRUCTED FREE-STANDING RUNWAY | $50,000 | $50,000 | Bay 3 | Farnam |
| | | | | | | | **Farnam Total** | **$1,434,000** | **$1,998,000** | | |
| 7 | 1 | EST. 1995 | BRIDGEPORT | SERIES I 2-HP | VERTICAL MILLING MACHINE | N/A | 9' X 42" TABLE, WITH PROTO TRAX MODEL MX2 3-AXIS CNC CONTROL, S/N 6957, (1995) | $9,000 | $9,000 | Bay 1 | Unencumbered |
| 8 | 1 | N/A | CAMPBELL HAUSFELD | HS2810A | AIR COMPRESSOR | 032394L-893132 | 5-HP, TWO-STAGE, VERTICAL, TANK MOUNTED | $1,500 | $1,500 | Bay 1 | Unencumbered |
| 9 | 1 | 2021 | INSCALE | LP7510A | ABOVE GROUND FLOOR SCALE | MAC21040N0295 | 10,000-LB. CAPACITY, INSCALE MODEL IN7620 CLASS III 48" X 48" PLATFORM, S/N 34IN0321482 | $1,700 | $1,700 | Bay 1 | Unencumbered |
| 10 | 1 | 2017 | JET | J-8201K | VERTICAL BAND SAW | 17080490 | 14" METAL/WOOD, 1-HP | $450 | $450 | Bay 1 | Unencumbered |
| 11 | 1 | 2017 | JET | JDP-20MF | FLOOR TYPE DRILL PRESS | 17093350 | 20", STEP PULLEY | $400 | $400 | Bay 1 | Unencumbered |
| 12 | 1 | 2019 | JET | JSG-6DC | COMBO DISC/BELT GRINDER | 19060397 | 6" BELT/12" DISC, BASE | $350 | $350 | Bay 1 | Unencumbered |

4869-1173-4095\1

In Re Robotire, Inc.
Exhibit A/B-50

| ITEM | Qty | Year | Make | Model | GAT | Serial/VIN # | Description | LTV | Total | Location | Lein Holder |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 1 | N/A | REID | 2C | HAND FEED SURFACE GRINDER | N/A | WITH 6" X 18" PERMANENT MAGNETIC CHUCK (***NOT UNDER POWER AT TIME OF INSPECTION***) | $1,000 | $1,000 | Bay 1 | Unencumbered |
| 14 | 1 | 1994 | ROMI | EZ PATH | CNC LATHE | 002-078019-325 | (***NOT UNDER POWER AT TIME OF INSPECTION***) | $9,000 | $9,000 | Bay 1 | Unencumbered |
| 15 | 1 | 1997 | ROMI | EZ PATH II | CNC LATHE | 002-082724-349 | (***NOT UNDER POWER AT TIME OF INSPECTION***) | $12,000 | $12,000 | Bay 1 | Unencumbered |
| 16 | 1 | | LOT | LOT | LOT | LOT | LOT THROUGHOUT SHOP AREA - BAY 1, TO INCLUDE: SCISSOR TYPE VEHICLE LIFTS, FORK LIFT FORK EXTENDERS, ENKON 5,500-LB. CAPACITY AIR BLADDER TABLE, INDUSTRIAL 10-DRAWER ROLLING WORK BENCH/TOOL BOX, CALIFORNIA AIR TOOLS ULTRA QUIET PORTABLE AIR COMPRESSORS, DESKS, CHAIRS, RACKING, WORK BENCHES, STOOLS, FOREMAN STATIONS, CLECO CONTROLLERS, 3-WHEEL BIKE, REFRIGERATOR/FREEZER, DEWALT COMPOUND MITRE SAW, MICROWAVE OVENS, TABLES, MILWAUKEE MAG DRILL, VARIOUS HAND TOOLS, ELECTRIC & PNEUMATIC HAND TOOLS, CORDLESS HAND TOOLS, WITH BATTERY CHARGERS, BANDING OUTFITS, PALLET JACKS, 2-WHEEL DOLLIES, SHOP VACS, FLOOR JACKS, HUSKY SILENT AIR COMPRESSOR, FANS, ETC. | $100,000 | $100,000 | Bay 1 | Unencumbered |
| 17 | 1 | N/A | MFG UNKNOWN | N/A | VERTICAL AIR RECEIVING TANK | N/A | (**BRAND NEW - STILL ON PALLET***) | $3,000 | $3,000 | Bay 2 | Unencumbered |
| 18 | 1 | 2009 | ATLAS COPCO | GX2 FF | AIR COMPRESSOR | CAI379169 | HORIZONTAL TANK MOUNTED | $2,000 | $2,000 | Bay 2 | Unencumbered |
| 19 | 1 | 2021 | ATLAS COPCO | GA22VSD+FF | AIR COMPRESSOR | API892592 | 30-HP, PACKAGE TYPE | $33,000 | $33,000 | Bay 2 | Unencumbered |
| 26 | 1 | 2021 | ATLAS COPCO | GA22VSD+FF | AIR COMPRESSOR | API892734 | 30-HP, PACKAGE TYPE | $33,000 | $33,000 | Bay 3 | Unencumbered |
| 27 | 1 | N/A | MFG UNKNOWN | N/A | VERTICAL AIR RECEIVING TANK | N/A | | $3,000 | $3,000 | Bay 3 | Unencumbered |
| 28 | 1 | N/A | ATLAS | 3VS | VERTICAL MILLING MACHINE | 971653 | 3-HP, 50 TO 4,300-RPM SPINDLE SPEED RANGE, NEWALL TOPAZ 2-AXIS DRO | $11,000 | $11,000 | Bay 3 | Unencumbered |
| 29 | 1 | 2020 | CLAUSING STARTRITE | 20V | VERTICAL BAND SAW | 204020 | 20" | $3,000 | $3,000 | Bay 3 | Unencumbered |
| 30 | 1 | N/A | LYNDEX NIKKEN | START 2J | BENCH TOP TOOL PRESETTER | 27/010 | | $14,500 | $14,500 | Bay 3 | Unencumbered |
| 31 | 1 | N/A | MITTLER BROS. | 2800-7218BP | BOX & PAN BENDING BRAKE | 1055 | 72"L X 18-GA., MANUAL, WITH BASE | $7,000 | $7,000 | Bay 3 | Unencumbered |
| 32 | 1 | 2015 | FOWLER | TRIMOS V3-700 | DIGITAL HEIGHT GAGE | 15039803 | WITH 36" X 48" X 8" 0-LEDGE BLACK GRANITE SURFACE PLATE AND STAND | $6,500 | $6,500 | Bay 3 | Unencumbered |
| 33 | 1 | 2021 | MILLER | MILLERMATIC 255 | ARC WELDER | NB399139N | 250-AMP, PLC SCREEN, BUILT-IN WIRE FEED, BUILT-IN CART, WELDING LEADS | $4,500 | $4,500 | Bay 3 | Unencumbered |
| 34 | 1 | N/A | CROWN | CGC45S-9 | LP GAS FORKLIFT TRUCK | FGB1B-1450-00097 | 8,500-LB. CAPACITY, 185" MAX. LIFT HEIGHT, 2-STAGE MAST, OHG, SOLID TIRES, MAST GUARD | $37,000 | $37,000 | Bay 3 | Unencumbered |
| 35 | 1 | 2016 | ELLIS | 1600 | HORIZONTAL BAND SAW | 16211-0710 | 7" X 11", METAL CUTTING, INFEED ROLLER CONVEYOR, STOCK CLAMP | $4,000 | $4,000 | Bay 3 | Unencumbered |
| 37 | 1 | | LOT | LOT | LOT | LOT | LOT THROUGHOUT SHOP AREA - BAY 3, TO INCLUDE: WORK BENCHES, RACKING, PALLET JACKS, STRAPS, FIRE EXTINGUISHERS, MISC., ETC. | $7,000 | $7,000 | Bay 3 | Unencumbered |
| 38 | 1 | | LOT | LOT | LOT | LOT | Various Automation Components | $300,000 | $300,000 | | Unencumbered |
| 39 | 1 | | HUNTER ENGINEERING CO. | RX10JT | RX10JT Wheel Alignment System | 1VC1750 | | $20,000 | $20,000 | | Unencumbered |

In Re Robotire, Inc.
Exhibit A/B-50

| ITEM | Qty | Year | Make | Model | GAT | Serial/VIN # | Description | LTV | Total | Location | Lein Holder |
|------|-----|------|------|-------|-----|--------------|-------------|-----|-------|----------|-------------|
| 40 | 1 | | ROTARY | XA12N000 | VEHICLE LIFT | | Rotary model XA12N000 alignment scissor style, surface mount vehicle lift, electric-hydraulic operated, 4HP, 230 volt, single phase, 12,000 lbs. lifting capacity, complete with: | $15,000 | $15,000 | Bay 3 | Unencumbered |
| | | | | | | | **Unencumbered Total** | $638,900 | $638,900 | | |
| | | | | | | | **Grand Total** | $2,072,900 | $2,636,900 | | |

In Re Robotire, Inc.
Exhibit A/B-60a

PATENTS

| COUNTRY | FILE NUMBER | APPLICATION NUMBER | MATTER TYPE | DATE FILED | TITLE | STATUS | PATENT NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|---|---|
| US | 5229-072581 | 18108207 | Utility - ORG | 2/10/2023 | Automated Alignment Determination System | Issued | 11872841 | 1/16/2024 |
| US | 5229-075049 | 18086152 | Utility - DIV | 12/21/2022 | Automated Removal and Replacement of Vehicle Wheel and Tires | Allowed | | |
| US | 5229-083102 | 17975910 | Utility - ORG | 10/28/2022 | Lug Nut Center Determination | Issued | 11861276 | 1/2/2024 |
| US | 5229-036754 | 17902852 | Utility - CON | 9/4/2022 | Automated Removal and Replacement of Vehicle Wheel and Tires | Issued | 11667153 | 6/6/2023 |
| US | 5229-002939 | 17886680 | Utility - ORG | 8/12/2022 | Automated Removal and Replacement of Vehicle Wheels and Tires | Issued | 11639075 | 5/2/2023 |
| US | 5229-098023 | 17887393 | Utility - CON | 8/12/2022 | Automated Removal and Replacement of Vehicle Wheels and Tires | Issued | 11787234 | 10/17/2023 |
| US | 5229-041053 | 17526649 | Utility - ORG | 11/15/2021 | LUG NUT HOLDER AND METHOD OF USE | Issued | 11498358 | 11/15/2022 |
| US | 5229-015444 | 17359389 | Utility - CON | 6/25/2021 | AUTOMATED REMOVAL AND REPLACEMENT OF VEHICLE WHEELS AND TIRES | Issued | 11597233 | 3/7/2023 |
| US | 5229-014501 | 17192976 | Utility - NPREG | 3/5/2021 | LUG NUT HOLDER AND METHOD OF USE | Issued | 11203228 | 12/21/2021 |
| US | 5229-051340 | 17190620 | Utility - DIV | 3/3/2021 | Automated Removal and Replacement of Vehicle Wheel and Tires | Issued | 11446958 | 9/20/2022 |
| US | 5229-064292 | 17066025 | Utility - NPREG | 10/8/2020 | Automated Removal and Replacement of Vehicle Wheels and Tires | Issued | 11787232 | 10/17/2023 |
| US | 5229-089003 | 16999060 | Utility - ORG | 8/20/2020 | Automated Removal and Replacement of Vehicle Wheel and Tires | Issued | 11059325 | 7/13/2021 |
| US | 5229-020168 | 16872666 | Utility - CON | 5/12/2020 | Automated Removal and Replacement of Vehicle Wheel and Tires | Issued | 10773550 | 9/15/2020 |
| CA | 5229-040008 | 3084556 | Utility - NSPCT | 4/18/2019 | Automated Removal and Replacement of Vehicle Wheel and Tires | Issued | 3084556 | 8/22/2023 |
| US | 5229-171568 | 16386512 | Utility - ORG | 4/17/2019 | Automated Removal and Replacement of Vehicle Wheel and Tires | Issued | 10974546 | 4/13/2021 |
| US | 5229-066118 | 18380047 | Utility - CON | 10/16/2023 | Automated Removal and Replacement of Vehicle Wheels and Tires | Pending | | |
| US | 5229-077019 | 18228444 | Utility - CON | 7/31/2023 | Automated Removal and Replacement of Vehicle Wheels and Tires | Pending | | |
| US | 5229-095575 | 18141577 | Utility - ORG | 5/1/2023 | Automated Removal and Replacement of Vehicle Wheels and Tires | Pending | | |
| US | 5229-064836 | 18124845 | Utility - ORG | 3/22/2023 | ROBOTIC SYSTEM FOR PERFORMING VEHICLE WHEEL MAINTENANCE | Pending | | |
| US | 5229-003955 | 18117522 | Utility - CON | 3/6/2023 | Automated Removal and Replacement of Vehicle Wheels and Tires | Pending | | |
| WO | 5229-035749 | PCTUS2022048165 | Utility - ORG | 10/28/2022 | ROBOTIC APPARATUS INTERACTION WITH VEHICLE BASED ON VEHICLE DIMENSION TRANSLATION | Pending | | |
| WO | 5229-043685 | PCTUS2022048166 | Utility - ORG | 10/28/2022 | Lug Nut Center Determination | Pending | | |
| US | 5229-072828 | 17975917 | Utility - ORG | 10/28/2022 | ROBOTIC APPARATUS INTERACTION WITH VEHICLE BASED ON VEHICLE DIMENSION TRANSLATION | Pending | | |
| WO | 5229-079446 | PCTUS2022047710 | Utility - ORG | 10/25/2022 | KICK LIFT | Pending | | |
| US | 5229-052465 | 63273145 | Prov - ORG | 10/28/2021 | LOCATING A CENTER POINT OF A LUG NUT FOR AN AUTOMATED VEHICLE WHEEL REMOVAL SYSTEM | Pending | | |
| US | 5229-069512 | 63273143 | Prov - ORG | 10/28/2021 | ROBOTIC APPARATUS INTERACTION WITH VEHICLE BASED ON VEHICLE DIMENSION TRANSLATION | Pending | | |
| US | 5229-026666 | 63271706 | Prov - ORG | 10/25/2021 | Vehicle Kick-Lift | Pending | | |
| EP | 5229-020536 | 218498103 | Utility - NSPCT | 7/29/2021 | AUTOMATIC VISION BASED LOW RISE VEHICLE LIFT | Pending | | |
| CA | 5229-032466 | 3186687 | Utility - NSPCT | 7/29/2021 | AUTOMATIC VISION BASED LOW RISE VEHICLE LIFT | Pending | | |
| WO | 5229-066789 | PCTUS2143800 | Utility - ORG | 7/29/2021 | LOW RISE VEHICLE LIFT AND METHOD OF OPERATION | Pending | | |
| WO | 5229-093040 | PCTUS2120989 | Utility - ORG | 3/5/2021 | LUG NUT HOLDER AND METHOD OF USE | Pending | | |
| WO | 5229-065068 | PCTUS2054441 | Utility - ORG | 10/13/2020 | AUTOMATED REMOVAL AND REPLACEMENT OF VEHICLE WHEELS AND TIRES | Pending | | |
| CA | 5229-055273 | 3157942 | Utility - NSPCT | 10/13/2020 | AUTOMATED REMOVAL AND REPLACEMENT OF VEHICLE WHEELS AND TIRES | Pending | | |
| EP | 5229-088986 | 208761973 | Utility - NSPCT | 10/13/2020 | AUTOMATED REMOVAL AND REPLACEMENT OF VEHICLE WHEELS AND TIRES | Pending | | |
| US | 5229-067743 | 63058434 | Prov - ORG | 7/29/2020 | AUTOMATIC VISION BASED LOW RISE VEHICLE LIFT | Pending | | |
| US | 5229-069661 | 62989807 | Prov - ORG | 3/15/2020 | LUG NUT HOLDER AND METHOD OF USE | Pending | | |
| US | 5229-758075 | 62916198 | Prov - ORG | 10/16/2019 | Automated Removal and Replacement of Vehicle Wheels and Tires | Pending | | |
| EP | 5229-004774 | 197885528 | Utility - NSPCT | 4/18/2019 | Automated Removal and Replacement of Vehicle Wheels and Tires | Pending | | |
| WO | 5229-409372 | PCTUS1928033 | Utility - ORG | 4/18/2019 | Automated Removal and Replacement of Vehicle Wheel and Tires | Pending | | |
| CA | 5229-046054 | 3204143 | Utility - DIV | 4/18/2019 | Automated Removal and Replacement of Vehicle Wheel and Tires | Pending | | |

4669.1178-40951

**In Re Robotire, Inc.**
**Exhibit A/B-60b**

**TRADEMARKS**

| DESCRIPTION | REGISTRATION/ APPLICATION NUMBER | REGISTRATION/ APPLICATION DATE |
|---|---|---|
| ROBOTIRE | USPTO 88634606 | Filed 9/27/19 |
| ROBOTIRE | UK App. No. 00003497289 | Filed 5/6/20 |

4869-1178-4095\1

**In Re Robotire, Inc.**

**Exhibit A/B-61**

### INTERNET DOMAIN NAMES

justroboandgo.com

justrobogo.com

robo-machining.com

robo-tire.com

roboandgo.com

roboauto.co

roboauto.shop

roboautorepair.com

robogarage.com

robopitcrew.com

robopitstop.com

roboticautoservice.com

robotire.ca

robotire.co

robotire.com

robotire.info

robotire.us

robotirecenter.com

robotirechange.com

robotiremachining.com

robotires.com

robotyre.com

robotyres.com

| Fill in this information to identify the case: |
|---|
| Debtor name **Robotire, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **American Funding Services** | | |
|---|---|---|---|
| | Creditor's Name | | |

**American Funding Services**
Creditor's Name

**488 NE 18th Street, Unit 1215**
**Miami, FL 33132**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All accounts, chattel paper, documents, equipment, general intangilbes, instrumens, and inventory**

**Describe the lien**
**Non-Purchase Money Security; UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Column A: **$137,218.00**
Column B: **$8,839,933.71**

---

**FARNAM STREET FINANCIAL, INC.**
Creditor's Name

**5850 Opus Parkway, Suite 240**
**Minnetonka, MN 55343**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Equipment subject to Farnam lien (See Exhibit A/B-50b); Security Deposit**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$1,599,564.31**
Column B: **$1,550,472.63**

Debtor **Robotire, Inc.**
_____
Name

Case number _(if known)_ _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Libertas Funding LLC** | Describe debtor's property that is subject to a lien | **$779,904.64** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Receivables and proceeds thereof**

**65 W. 36th Street, 5th Floor**
**New York, NY 10018**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security; UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **Plymouth 848, LLC** | Describe debtor's property that is subject to a lien | **$359,824.64** | **$297,430.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Plymouth 848 - Real Property Security Deposit**

**41100 Plymouth Road, Suite 150**
**Plymouth, MI 48170**
Creditor's mailing address

**Describe the lien**
**Security Depoist**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **The Reinalt-Thomas Corp.** | Describe debtor's property that is subject to a lien | **$1,610,219.18** | **$8,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**All intellecutal property**

**20225 N Scottsdale Rd**
**Scottsdale, AZ 85255**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No

---

Debtor    **Robotire, Inc.**                                                    Case number *(if known)*
_____
Name

Creditor's email address, if known                    ☐ Yes

                                                      **Is anyone else liable on this claim?**

**Date debt was incurred**                            ■ No

                                                      ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply

■ No                                                  ☐ Contingent

☐ Yes. Specify each creditor,                         ☐ Unliquidated
including this creditor and its relative
priority.                                             ☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $4,486,730.7 |
                                                                                                                    | 7 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Erica R. Gilerman**<br>**515 Madison Ave., Suite 8108**<br>**New York, NY 10022** | Line __2.1__ | |
| **Gerald J. Richter**<br>**6050 Livernois**<br>**Troy, MI 48098** | Line __2.4__ | |
| **The Faskowitz Law Firm PLLC**<br>**Attn: Avi Faskowitz**<br>**6143 186th Street, Suite 207**<br>**Fresh Meadows, NY 11365** | Line __2.3__ | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Robotire, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

  ☐ No. Go to Part 2.

  ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Texas Use Tax**<br>**P.O. Box 149359**<br>**Austin, TX 78714** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,060.14 | $2,060.14 |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Airgas USA LLC**<br>**6055 Rockside Woods Blvd**<br>**Independence, OH 44131** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $102.43 |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**Allied Inc.**<br>**240 Metty Drive Suite D**<br>**Ann Arbor, MI 48103** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,640.00 |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

Debtor   **Robotire, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $32,716.72 |

**Alro Steel Corporation**
3100 E High St
Jackson, MI 49203

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $129.00 |

**Associated Fire Protection Serv.**
8491 Beatrice
Westland, MI 48185

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $350.00 |

**Automotive Srv. & Tire Alliance**
316 W. Millbrook Rd, Ste 105
Raleigh, NC 27609

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $148,783.56 |

**Automotive Ventures Fund I, LP**
1922 Wildwood Pl NE
Atlanta, GA 30324

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Convertable Note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $76,194.00 |

**BMP USA, LLC**
PO Box 1274
Hagerstown, MD 21741

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $792.35 |

**Bradley Vargo**
5899 Hickory Meadows Dr
White Lake, MI 48383

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee Expense Reimbursement**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,480.01 |

**Charter Township of Plymouth**
P.O. Box 8040
Plymouth, MI 448170

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Robotire, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875.00 |
|---|---|---|
| **Classic Metal Finishing Inc.**<br>**2500 West Argyle Street**<br>**Jackson, MI 49202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,923.01 |
|---|---|---|
| **Cognition IP, P.C.**<br>**50 California Street Suite 1500**<br>**San Francisco, CA 94111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,523.21 |
|---|---|---|
| **CROOK ELECTRIC COMPANY**<br>**6145 Millett Ave**<br>**Sterling Heights, MI 48312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,954.55 |
|---|---|---|
| **Crown Lift Truck**<br>**P.O BOx 641173**<br>**Cincinnati, OH 45264** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.71 |
|---|---|---|
| **Dallas Creech**<br>**6230 Marlowe**<br>**Brighton, MI 48116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Employee Expense Reimbursement_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,544.00 |
|---|---|---|
| **DataOne**<br>**PO Box 713231**<br>**Chicago, IL 60677-3231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.00 |
|---|---|---|
| **Derek Young**<br>**16843 West Carmen Drive**<br>**Surprise, AZ 85388** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Robotire, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address
**Dodge Centerless Grinding**
12250 Dixie Ave
Redford, MI 48239

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$128.00**

---

**3.18** | Nonpriority creditor's name and mailing address
**Dynamic Machine of Detroit, Inc.**
1653 E. Maple Road
Troy, MI 48083

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,368.00**

---

**3.19** | Nonpriority creditor's name and mailing address
**Eli Chodock**
7118 Cathedral Drive
Bloomfield Hills, MI 48301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$1,699.72**

---

**3.20** | Nonpriority creditor's name and mailing address
**Empire Genuine Cable Group**
2119 Austin Ave
Rochester Hills, MI 48309

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,754.60**

---

**3.21** | Nonpriority creditor's name and mailing address
**Equity Corporate Law, P.C.**
6114 La Salle Ave #637
Oakland, CA 94611

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,960.00**

---

**3.22** | Nonpriority creditor's name and mailing address
**FedEX**
P.O Box 223125
Pittsburgh, PA 15251

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,878.77**

---

**3.23** | Nonpriority creditor's name and mailing address
**Fulcrumpro, Inc.**
80th S 8th St Suite 4600
Minneapolis, MN 55402

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

| Debtor | Robotire, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,301.37 |
|---|---|---|---|

**3.24**

**Nonpriority creditor's name and mailing address**
**G. Richard Wagoner, Jr Trust**
**300 Renaissance Center**
**MC 482C39 B50**
**Detroit, MI 48265**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Convertable Note_

Is the claim subject to offset? ■ No ☐ Yes

**$103,301.37**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Geckobyte.com Inc**
**2035 Lakeside Centre Way**
**Suite 100**
**Knoxville, TN 37922**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$10,500.00**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Gerotech, Inc**
**29220 Commerce Dr**
**Flat Rock, MI 48134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$1,265.15**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Griffin  Elliott**
**444 West Willis St**
**Detroit, MI 48021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Employee Expense Reimbursement_

Is the claim subject to offset? ■ No ☐ Yes

**$364.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**H&P Technologies, Inc**
**23751 Amber Ave**
**Warren, MI 48089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$37,985.24**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**H.H. Barnum Company**
**7915 Lochlin Drive**
**Brighton, MI 48116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$6,700.94**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Herkules Equipment Corp.**
**2760 Ridgeway Court**
**Walled Lake, MI 48390**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ■ No ☐ Yes

**$22,957.60**

Debtor    **Robotire, Inc.**                                          Case number *(if known)* _____

Name

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,357.55** |
|---|---|---|---|

**ifm efector inc.**
**1100 Atwater Drive**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,870.54** |
|---|---|---|---|

**Igus Inc.**
**257 Ferris Avenue**
**Rumford, RI 02916**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$206.54** |
|---|---|---|---|

**IKO International**
**91 Walsh Drive**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$220.17** |
|---|---|---|---|

**Jake Hill**
**3473 Dunlap Court**
**Pinckney, MI 48169**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Employee Expense Reimbursement**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,661.98** |
|---|---|---|---|

**James  Meehling**
**321 Sidney St**
**Dundee, MI 48131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Employee Expense Reimbursement**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$927.76** |
|---|---|---|---|

**Kathryn  Bailey**
**31967 Lamar Drive**
**Farmington, MI 48336**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Employee Expense Reimbursement**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42,000.00** |
|---|---|---|---|

**Katie M Breitenbach**
**826 Orange Ave Suite 115**
**Coronado, CA 92118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Robotire, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address**

**Keegan Elliott**
**401 West 54th St**
**New York, NE 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Employee Expense Reimbursement__

Is the claim subject to offset? ■ No ☐ Yes

**$1,193.16**

---

**3.39** | **Nonpriority creditor's name and mailing address**

**LAMSON MANUFACTURING INC.**
**1721 Rogers Ave Suite I**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$45,733.54**

---

**3.40** | **Nonpriority creditor's name and mailing address**

**Lee Machinery Movers, Inc.**
**675 Cesar E. Chavez Ave.**
**Pontiac, MI 48340**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$11,077.17**

---

**3.41** | **Nonpriority creditor's name and mailing address**

**Lightning Rod Capital**
**11440 West Bernardo Court Suite 300**
**San Diego, CA 92127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$28,000.00**

---

**3.42** | **Nonpriority creditor's name and mailing address**

**Long Capture & Contract Mgt. LLC**
**13 S Tejon Street, Suite 500**
**Colorado Springs, CO 80903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$64,465.36**

---

**3.43** | **Nonpriority creditor's name and mailing address**

**Lube Oil & Flush**
**250 SE Alice's Rd**
**Waukee, IA 50263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Deposit for Robotire System__

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.44** | **Nonpriority creditor's name and mailing address**

**McNaughton-McKay Electric Co.**
**P.O. Box 67000**
**Detroit, MI 48267**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$24.28**

---

Debtor **Robotire, Inc.**                                           Case number (if known) _____
_____
Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,208.11 |
|---|---|---|---|

**Metro Powder Coating LLC**
18434 Fitzpatrick St
Detroit, MI 48228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,000.00 |
|---|---|---|---|

**Michigan Glass Coatings**
1000 N. Opdyke STE: G
Auburn Hills, MI 48326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.00 |
|---|---|---|---|

**Microdynamic Engineering LLC**
30978 Huntsman Drive
East Farmington Hills, MI 48331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,532.27 |
|---|---|---|---|

**Midwest Socket Screw Prod., Inc.**
12627 Farley
Detroit, MI 48239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115,445.26 |
|---|---|---|---|

**Mitsubishi Electric Automation Inc**
500 CORPORATE WOODS PKWY
VERNON HILLS, IL 60061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,505.94 |
|---|---|---|---|

**Motor Information Systems**
P.O Box 277697
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.70 |
|---|---|---|---|

**Ontario Tire Dealer Association**
5-4101 Fairview St. Suite 312
Burlington, ON L7L 4Y8
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Robotire, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** |

**OTP industrial solutions**
**1900 Jetway Blvd.**
**Columbus, OH 43219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$12,808.42**

---

| | |
|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** |

**Penske Truck Leasing Co**
**P.O Box 802577**
**Chicago, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$362.80**

---

| | |
|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** |

**Pfmarkey**
**2880 Universal Drive**
**Saginaw, MI 48640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$506.00**

---

| | |
|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** |

**Plymouth 848, LLC**
**41100 Plymouth Road, Suite 150**
**Plymouth, MI 48170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Future Lost Rent**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** |

**Rehmann Robson**
**5800 Gratiot Rd., Suite 201**
**P.O. Box 2025**
**Saginaw, MI 48605-2025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$11,018.16**

---

| | |
|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** |

**Republic Services**
**5400 Cogswell Road**
**Wayne, MI 48184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$389.40**

---

| | |
|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** |

**Riyad Elalami**
**41900 Manor Park Drive**
**Novi, MI 38375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$785.16**

Debtor **Robotire, Inc.**

Name

Case number *(if known)* _____

---

3.59  **Nonpriority creditor's name and mailing address**

**RO Fund II**
**a series of Red Beard Ventures**
**119 South Main Street, Suite 220**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertable Note**

Is the claim subject to offset? ■ No ☐ Yes

**$39,880.00**

---

3.60  **Nonpriority creditor's name and mailing address**

**RO Fund IV,**
**a series of AX-RN-Funds, LP**
**119 South Main Street, Suite 220**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertable Note**

Is the claim subject to offset? ■ No ☐ Yes

**$90,115.00**

---

3.61  **Nonpriority creditor's name and mailing address**

**ROBO Global Venture Fund I, L.P.**
**2021 McKinney Ave., Suite 220**
**Dallas, TX 75201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertable Note**

Is the claim subject to offset? ■ No ☐ Yes

**$3,279,041.00**

---

3.62  **Nonpriority creditor's name and mailing address**

**Schwartz Levitsky Feldman**
**Consultants**
**1200-1130 SHERBROOKE**
**WEST MONTREAL, QC, H3A 2M8**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,365.00**

---

3.63  **Nonpriority creditor's name and mailing address**

**Scott Coburn**
**7042 Brophy Rd**
**Howell, MI 48855**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Expense Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

**$231.37**

---

3.64  **Nonpriority creditor's name and mailing address**

**SICK Inc.**
**149 Thompson Ave E, Suite 214**
**West St. Paul, MN 55118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$31,117.89**

---

3.65  **Nonpriority creditor's name and mailing address**

**Silicon Valley Bank**
**3003 Tasman Drive**
**Santa Clara, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Charges**

Is the claim subject to offset? ■ No ☐ Yes

**$29,964.03**

---

Debtor    **Robotire, Inc.**                                    Case number *(if known)* _____
　　　　　Name

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,688.58** |
|---|---|---|---|
| | **Superb Fabricating LLC**<br>**111 S. Lafayette**<br>**PO Box 230**<br>**South Lyon, MI 48178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,621.81** |
|---|---|---|---|
| | **Taft**<br>**P.O Box 5034**<br>**Southfield, MI 48086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,102.51** |
|---|---|---|---|
| | **Tantara Group**<br>**46051 Michigan Ave**<br>**Canton, MI 48188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,346,521.00** |
|---|---|---|---|
| | **The Reinalt-Thomas Corp.**<br>**20225 N Scottsdale Rd**<br>**Scottsdale, AZ 85255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Convertable Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,441.00** |
|---|---|---|---|
| | **Truck Capital**<br>**35043 Plymouth Rd**<br>**Livonia, MI 48150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$342.85** |
|---|---|---|---|
| | **Uline**<br>**P.O. Box 88741**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$203,838.40** |
|---|---|---|---|
| | **Unique Funding Services**<br>**Attn: Jake Winograd**<br>**1915 Hollywood Blvd, Suite 200A**<br>**Hollywood, FL 33020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Robotire, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,548.98 |
|---|---|---|---|

**UPS**
**28013 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |
|---|---|---|---|

**ValueCore**
**1204 Village Market Place, Suite #114**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,521.94 |
|---|---|---|---|

**Victor Darolfi**
**46100 Maben Rd**
**Canton, MI 48187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Employee Expense Reimbursement__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,300.00 |
|---|---|---|---|

**Warhouse & Distribution**
**3960 Royal Drive-Suite 200**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Waterfall**
**1325 Broad Street**
**Central Falls, RI 02863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Deposit for Robotire System__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,174.95 |
|---|---|---|---|

**Zip Xpress**
**P.O Box 675427**
**Detroit, MI 48267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

Debtor   **Robotire, Inc.**                                          Case number (if known) _____
         _____
         Name

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 2,060.14 |
| **5b. Total claims from Part 2** | 5b. + | $ | 8,186,344.52 |
| | | | |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,188,404.66 |

**Fill in this information to identify the case:**

Debtor name   **Robotire, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Unexpired sublease for**<br><br>**13100 Haggerty Rd.**<br>**Suite B3-100**<br>**Plymouth, MI 48170**<br><br>**Debtor is sublessor.**<br>**Rent is paid directly to**<br>**Prime Landlord**<br>**(Plymouth 848, LLC)** |
| State the term remaining<br><br>List the contract number of any government contract | **PA Solutions**<br>**25560 Mond Road**<br>**Warren, MI 48091** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | **Unexpired leases for:**<br><br>**41100 Plymouth Rd.,**<br>**Suite B1-370**<br>**Plymouth, MI 48170**<br><br>**13100 Haggerty Rd.**<br>**Suite B3-100**<br>**Plymouth, MI 48170**<br><br>**13100 Haggerty Rd.**<br>**Suite B2-120**<br>**Plymouth, MI 48170**<br><br>**13100 Haggerty Rd.**<br>**Suite B2-170**<br>**Plymouth, MI 48170**<br><br>**13100 Haggerty Rd.**<br>**Suite Truckwell**<br>**Plymouth, MI 48170** |
| State the term remaining<br><br>List the contract number of any government contract | **Plymouth 848, LLC**<br>**41100 Plymouth Road, Suite 150**<br>**Plymouth, MI 48170** |

Debtor 1  **Robotire, Inc.**                                          Case number (*if known*) _____

First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for delivery of Robotire System** | |
|---|---|---|---|
| | State the term remaining | | **United States Air Force** |
| | | | **Attn: Kirk Stuebs** |
| | | | **14100 W. Eagle St.** |
| | List the contract number of any government contract | **FA488723P0036** | **Glendale Luke AFB, AZ 85309** |

**Fill in this information to identify the case:**

Debtor name          **Robotire, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Victor Darolfi** | **46100 Maben Rd**<br>**Canton, MI 48187** | **American Funding Services** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Victor Darolfi** | **46100 Maben Rd**<br>**Canton, MI 48187** | **Libertas Funding LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

**United States Bankruptcy Court**
**District of Delaware**

In re    **Robotire, Inc.**                                          Case No.

                                         Debtor(s)                 Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 19, 2024**                       **/s/ Victor Darolfi**

                                               **Victor Darolfi**/**Chief Executive Officer**
                                               Signer/Title

ROBOTIRE, INC.
41100 PLYMOUTH RD, SUITE 370
PLYMOUTH, MI 48170

BRADLEY VARGO
5899 HICKORY MEADOWS DR
WHITE LAKE, MI 48383

DODGE CENTERLESS GRINDING
12250 DIXIE AVE
REDFORD, MI 48239

ALESSANDRA GLORIOSO
DORSEY & WHITNEY (DELAWARE) LLP
300 DELAWARE AVENUE
SUITE 1010
WILMINGTON, DE 19801

CHARTER TOWNSHIP OF PLYMOUTH
P.O. BOX 8040
PLYMOUTH, MI 448170

DYNAMIC MACHINE OF DETROIT IN
1653 E. MAPLE ROAD
TROY, MI 48083

AIRGAS USA LLC
6055 ROCKSIDE WOODS BLVD
INDEPENDENCE, OH 44131

CLASSIC METAL FINISHING INC.
2500 WEST ARGYLE STREET
JACKSON, MI 49202

ELI CHODOCK
7118 CATHEDRAL DRIVE
BLOOMFIELD HILLS, MI 48301

ALLIED INC.
240 METTY DRIVE SUITE D
ANN ARBOR, MI 48103

COGNITION IP, P.C.
50 CALIFORNIA STREET SUITE 1500
SAN FRANCISCO, CA 94111

EMPIRE GENUINE CABLE GROUP
2119 AUSTIN AVE
ROCHESTER HILLS, MI 48309

ALRO STEEL CORPORATION
3100 E HIGH ST
JACKSON, MI 49203

CROOK ELECTRIC COMPANY
6145 MILLETT AVE
STERLING HEIGHTS, MI 48312

EQUITY CORPORATE LAW, P.C.
6114 LA SALLE AVE #637
OAKLAND, CA 94611

AMERICAN FUNDING SERVICES
488 NE 18TH STREET, UNIT 1215
MIAMI, FL 33132

CROWN LIFT TRUCK
P.O BOX 641173
CINCINNATI, OH 45264

ERICA R. GILERMAN
515 MADISON AVE., SUITE 8108
NEW YORK, NY 10022

ASSOCIATED FIRE PROTECTION SERV.
8491 BEATRICE
WESTLAND, MI 48185

DALLAS CREECH
6230 MARLOWE
BRIGHTON, MI 48116

FARNAM STREET FINANCIAL, INC
5850 OPUS PARKWAY, SUITE 240
MINNETONKA, MN 55343

AUTOMOTIVE SRV. & TIRE ALLIANCE
316 W. MILLBROOK RD, STE 105
RALEIGH, NC 27609

DATAONE
PO BOX 713231
CHICAGO, IL 60677-3231

FEDEX
P.O BOX 223125
PITTSBURGH, PA 15251

AUTOMOTIVE VENTURES FUND I, LP
1922 WILDWOOD PL NE
ATLANTA, GA 30324

DELAWARE DIVISION OF REVENUE
ATTN:  BANKRUPTCY ADMINISTRATOR
CARVEL STATE BUILDING
820 N. FRENCH STREET, 8TH FLOOR
WILMINGTON, DE 19801

FULCRUMPRO, INC.
80TH S 8TH ST SUITE 4600
MINNEAPOLIS, MN 55402

BMP USA, LLC
PO BOX 1274
HAGERSTOWN, MD 21741

DEREK YOUNG
16843 WEST CARMEN DRIVE
SURPRISE, AZ 85388

G. RICHARD WAGONER, JR TRU
300 RENAISSANCE CENTER
MC 482C39 B50
DETROIT, MI 48265

GECKOBYTE.COM INC
2035 LAKESIDE CENTRE WAY
SUITE 100
KNOXVILLE, TN 37922

IKO INTERNATIONAL
91 WALSH DRIVE
PARSIPPANY, NJ 07054

LIGHTNING ROD CAPITAL
11440 WEST BERNARDO COURT 30
SAN DIEGO, CA 92127

GENUINE ARTICLE BRAND COMM. LLC
6535 VELASCO AVENUE
DALLAS, TX 75214

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS.
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

LONG CAPTURE & CONTRACT LL
13 S TEJON STREET, SUITE 500
COLORADO SPRINGS, CO 80903

GERALD J. RICHTER
6050 LIVERNOIS
TROY, MI 48098

JAKE HILL
3473 DUNLAP COURT
PINCKNEY, MI 48169

LUBE OIL & FLUSH
250 SE ALICE'S RD
WAUKEE, IA 50263

GEROTECH, INC
29220 COMMERCE DR
FLAT ROCK, MI 48134

JAMES MEEHLING
321 SIDNEY ST
DUNDEE, MI 48131

MCNAUGHTON-MCKAY ELECTRIC C
P.O. BOX 67000
DETROIT, MI 48267

GRIFFIN ELLIOTT
444 WEST WILLIS ST
DETROIT, MI 48021

KATHRYN BAILEY
31967 LAMAR DRIVE
FARMINGTON, MI 48336

METRO POWDER COATING LLC
18434 FITZPATRICK ST
DETROIT, MI 48228

H&P TECHNOLOGIES, INC
23751 AMBER AVE
WARREN, MI 48089

KATIE M BREITENBACH
826 ORANGE AVE SUITE 115
CORONADO, CA 92118

MICHIGAN DEPT. OF TREASURY
COLLECTION/BANKRUPTCY UNIT
P.O. BOX 30168
LANSING, MI 48909

H.H. BARNUM COMPANY
7915 LOCHLIN DRIVE
BRIGHTON, MI 48116

KEEGAN ELLIOTT
401 WEST 54TH ST
NEW YORK, NE 10019

MICHIGAN DEPT. OF TREASURY
ATTN: LITIGATION LIAISON
2ND FLOOR, AUSTIN BUILDING
430 WEST ALLEGAN STREET
LANSING, MI 48922

HERKULES EQUIPMENT CORP.
2760 RIDGEWAY COURT
WALLED LAKE, MI 48390

LAMSON MANUFACTURING INC.
1721 ROGERS AVE SUITE I
SAN JOSE, CA 95112

MICHIGAN GLASS COATINGS
1000 N. OPDYKE STE: G
AUBURN HILLS, MI 48326

IFM EFECTOR INC.
1100 ATWATER DRIVE
MALVERN, PA 19355

LEE MACHINERY MOVERS, INC.
675 CESAR E. CHAVEZ AVE.
PONTIAC, MI 48340

MICRODYNAMIC ENGINEERING L
30978 HUNTSMAN DRIVE
EAST FARMINGTON HILLS, MI 4833

IGUS INC.
257 FERRIS AVENUE
RUMFORD, RI 02916

LIBERTAS FUNDING LLC
65 W. 36TH STREET, 5TH FLOOR
NEW YORK, NY 10018

MIDWEST SOCKET SCREW PROD IN
12627 FARLEY
DETROIT, MI 48239

MITSUBISHI ELECTRIC AUTOMATION INC
500 CORPORATE WOODS PKWY
VERNON HILLS, IL 60061

RYAD ELALAMI
41900 MANOR PARK DRIVE
NOVI, MI 38375

TANTARA GROUP
46051 MICHIGAN AVE
CANTON, MI 48188

MOTOR INFORMATION SYSTEMS
P.O BOX 277697
ATLANTA, GA 30384

RO FUND II
A SERIES OF RED BEARD VENTURES
119 SOUTH MAIN STREET, SUITE 220
SEATTLE, WA 98104

TEXAS USE TAX
P.O. BOX 149359
AUSTIN, TX 78714

ONTARIO TIRE DEALER ASSOCIATION
5-4101 FARIVIEW ST. SUITE 312
BURLINGTON, ON L7L 4Y8
CANADA

RO FUND IV,
A SERIES OF AX-RN-FUNDS, LP
119 SOUTH MAIN STREET, SUITE 220
SEATTLE, WA 98104

THE FASKOWITZ LAW FIRM PLL
ATTN: AVI FASKOWITZ
6143 186TH STREET, SUITE 207
FRESH MEADOWS, NY 11365

OTP INDUSTRIAL SOLUTIONS
1900 JETWAY BLVD.
COLUMBUS, OH 43219

ROBO GLOBAL VENTURE FUND I, L.P.
2021 MCKINNEY AVE., SUITE 220
DALLAS, TX 75201

THE REINALT-THOMAS CORP.
20225 N SCOTTSDALE RD
SCOTTSDALE, AZ 85255

PA SOLUTIONS
25560 MOND ROAD
WARREN, MI 48091

SCHWARTZ LEVITSKY FELDMAN
CONSULTANTS
1200-1130 SHERBROOKE
WEST MONTREAL, QC, H3A 2M8
CANADA

TRUCK CAPITAL
35043 PLYMOUTH RD
LIVONIA, MI 48150

PENSKE TRUCK LEASING CO
P.O BOX 802577
CHICAGO, IL 60680

SCOTT COBURN
7042 BROPHY RD
HOWELL, MI 48855

ULINE
P.O. BOX 88741
CHICAGO, IL 60680

PFMARKEY
2880 UNIVERSAL DRIVE
SAGINAW, MI 48640

SICK INC.
149 THOMPSON AVE E, SUITE 214
WEST ST. PAUL, MN 55118

UNIQUE FUNDING SERVICES
ATTN: JAKE WINOGRAD
1915 HOLLYWOOD BLVD, SUITE 2
HOLLYWOOD, FL 33020

PLYMOUTH 848, LLC
41100 PLYMOUTH ROAD, SUITE 150
PLYMOUTH, MI 48170

SILICON VALLEY BANK
3003 TASMAN DRIVE
SANTA CLARA, CA 95054

UNITED STATES AIR FORCE
ATTN: KIRK STUEBS
14100 W. EAGLE ST.
GLENDALE LUKE AFB, AZ 85309

REHMANN ROBSON
5800 GRATIOT RD., SUITE 201
P.O. BOX 2025
SAGINAW, MI 48605-2025

SUPERB FABRICATING LLC
111 S. LAFAYETTE
PO BOX 230
SOUTH LYON, MI 48178

UPS
28013 NETWORK PLACE
CHICAGO, IL 60673

REPUBLIC SERVICES
5400 COGSWELL ROAD
WAYNE, MI 48184

TAFT
P.O BOX 5034
SOUTHFIELD, MI 48086

VALUECORE
1204 VILLAGE MARKET PLACE, S#1
MORRISVILLE, NC 27560

VICTOR  DAROLFI
46100  MABEN  RD
CANTON, MI 48187


WARHOUSE  &  DISTRIBUTION
3960  ROYAL  DRIVE-SUITE  200
KENNESAW, GA 30144


WATERFALL
1325  BROAD  STREET
CENTRAL FALLS, RI 02863


ZIP  XPRESS
P.O  BOX  675427
DETROIT, MI 48267

## United States Bankruptcy Court
### District of Delaware

In re    **Robotire, Inc.**
Debtor(s)

Case No.
Chapter    **7**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Robotire, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**The Reinalt-Thomas Corp.
20225 N Scottsdale Rd
Scottsdale, AZ 85255**


☐ None [*Check if applicable*]


**January 19, 2024**
Date

**/s/ Alessandra Glorioso**
**Alessandra Glorioso**
Signature of Attorney or Litigant
Counsel for    **Robotire, Inc.**
**Dorsey & Whitney (Delaware) LLP**
**300 Delaware Avenue**
**Suite 1010**
**Wilmington, DE 19801**
**(302) 425-7171**
**glorioso.alessandra@dorsey.com**